OPINION — AG — **** ADVERTISING ENGINEERING SERVICES **** ANY LISTING IN THE TELEPHONE DIRECTORY UNDER YELLOW PAGES OR OTHERWISE IS A FORM OF ADVERTISING OR WRITTEN REPRESENTATION TO THE PUBLIC OFFERING ENGINEERING SERVICES, AND WOULD COME WITHIN THE PROVISIONS OF 59 O.S. 1970 Supp., 475.1 [59-475.1] ET SEQ. CITE: 59 O.S. 1970 Supp., 475 [59-475] [59-475], 59 O.S. 1970 Supp., 475.2 [59-475.2] (TODD MARKUM)